TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00031-CV







Mary E. Durham, Relator



v.



Honorable Peter Lowry, Judge, Respondent







ORIGINAL PROCEEDING FROM TRAVIS COUNTY








PER CURIAM



 The parties have filed a joint motion to dismiss petition for writ of mandamus. 
Accordingly, we grant the parties' joint motion to dismiss the petition for writ of mandamus.



Before Chief Justice Carroll, Justices Aboussie and Kidd

Petition for Writ of Mandamus Dismissed on Joint Motion

Filed: April 10, 1996

Do Not Publish